FORM 8A. Entry of Appearance                                          Form 8A (p.1)
                                                                       July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 21-2348

**Short Case Caption:** LKQ Corporation v. GM Global Technology Operations LLC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

LKQ Corporation, Keystone Automotive Industries, inc.

| **Principal Counsel:** Barry Irwin | Admission Date: 11/17/1997 |
|---|---|
| Firm/Agency/Org.: Irwin IP LLC | |
| Address: 180 N. Wacker Drive, Suite 400, Chicago, IL 60606 | |
| Phone: (312) 667-6081 | Email: birwin@irwinip.com |
| **Other Counsel:** Iftekhar A. Zaim | Admission Date: 10/05/2021 |
| Firm/Agency/Org.: Irwin IP LLC | |
| Address: 180 N. Wacker Drive, Suite 400, Chicago, IL 60606 | |
| Phone: (312) 667-6092 | Email: izaim@irwinip.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 10/7/21                         Signature: /s/Barry Irwin

                                      Name: Barry Irwin

FORM 8A. Entry of Appearance                                                 Form 8A (p.2)
                                                                              July 2020

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Andrew C. Himebaugh | Admission Date: 10/05/2021 |
|---|---|
| Firm/Agency/Org.: Irwin IP LLC | |
| Address: 180 N. Wacker Drive, Suite 400, Chicago, IL 60606 | |
| Phone: (312) 667-6080 | Email: ahimebaugh@irwinip.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

## **CERTIFICATE OF SERVICE**

    I certify that on this day, October 7, 2021, the foregoing Entry of Appearance was served upon the parties' counsel of record via the Court's CM/ECF System.

Dated: October 7, 2021

/s/Barry Irwin
Barry Irwin
Registration No. 36,557
**Irwin IP LLC**
180 North Wacker Drive, Suite 400
Chicago, IL 60606
Phone: 312.667.6081
birwin@irwinip.com