NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LKQ CORPORATION, KEYSTONE AUTOMOTIVE INDUSTRIES, INC.,**
*Appellants*

**v.**

**GM GLOBAL TECHNOLOGY OPERATIONS LLC,**
*Appellee*

---

2021-2348

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00534.

-------------------------------------------------

**LKQ CORPORATION, KEYSTONE AUTOMOTIVE INDUSTRIES, INC.,**
*Appellants*

**v.**

**GM GLOBAL TECHNOLOGY OPERATIONS LLC,**
*Appellee*

---

2022-1253

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. PGR2020-00055.

_____

**ON MOTION**

_____

Per Curiam.

**O R D E R**

GM Global Technology Operations, LLC move unopposed for a thirty-day extension of time until May 10, 2023 by which to file a response to the petition for rehearing in each the above-captioned appeals.

Upon consideration thereof,

It Is Ordered That:

The motions are granted.

For the Court

| | |
|---|---|
| March 30, 2023 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |