NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**LKQ CORPORATION, KEYSTONE AUTOMOTIVE INDUSTRIES, INC.,**
*Appellants*

v.

**GM GLOBAL TECHNOLOGY OPERATIONS LLC,**
*Appellee*

2021-2348

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00534.

**ON PETITION FOR PANEL REHEARING**

Before LOURIE, CLEVENGER, and STARK, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Appellants LKQ Corporation and Keystone Automotive Industries, Inc. filed a petition for rehearing en banc. A response to the petition was invited by the court

and filed by Appellee GM Global Technology Operations LLC. The court also accepted amicus briefs filed by TYC Americas and YC Brother Industrial Co. Ltd; Mark Bartholomew, Amy L. Landers, Ana Santos Rutschman, Sharon K. Sandeen, and Joshua D. Sarnoff; American Property Casualty Insurance Association and National Association of Mutual Insurance Companies; and Automotive Body Parts Association.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

FOR THE COURT

June 30, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court