NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LKQ CORPORATION, KEYSTONE AUTOMOTIVE INDUSTRIES, INC.,**
*Appellants*

v.

**GM GLOBAL TECHNOLOGY OPERATIONS LLC,**
*Appellee*

---

2021-2348

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00534.

---

**ON MOTION**

---

Before MOORE, *Chief Judge*, NEWMAN, CLEVENGER, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, and STARK, *Circuit Judges*.[1]

PER CURIAM.

---

[1]  Circuit Judge Cunningham did not participate.

# ORDER

LKQ Corporation and Keystone Automotive Industries, Inc. move unopposed for leave to file an entry of appearance for Ariel H. Katz.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The entry of appearance is accepted for filing.

FOR THE COURT

August 11, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court