CASE NO. 2021-2348

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**LKQ CORP. & KEYSTONE AUTOMOTIVE INDUSTRIES, INC.**

*Appellants,*

v.

**GM GLOBAL TECHNOLOGY OPERATIONS LLC,**

*Appellee.*

Appeal from the United States Patent and Trademark Office Patent Trial and Appeal Board in No. IPR2020-00534
(JJ. Scott A. Daniels, Grace K. Obermann, Christopher G. Paulraj)

**CERTIFICATE OF INTEREST OF AMICI PATENT LAW PROFESSORS, THE REPAIR ASSOCIATION, SECUREPAIRS, IFIXIT, AND US PIRG IN SUPPORT OF APPELLANTS ON EN BANC REHEARING**

Phillip R. Malone
JUELSGAARD INTELLECTUAL
 PROPERTY & INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
559 Nathan Abbott Way
Stanford, California 94305-8610
Tel: (650) 724.1900
Jipic@law.stanford.edu

Counsel for Amici Curiae

# CERTIFICATE OF INTERESRT

Pursuant to Federal Circuit Rules 29(a) and 47.4, counsel for amici curiae certifies that:

1. The full names of the amici I represent are: Patent Law Professors (See Attachment A), The Digital Right to Repair Coalition (The Repair Association), Securepairs, iFixit, and United States Public Interest Research Group, Inc. (US PIRG).

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) I represent is: N/A.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the amici curiae I represent are: None.

4. The names of all law firms and the partners or associates that appeared for the amici I represent or are expected to appear in this Court (and who have not or will not enter an appearance in this case) are: None.

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal: LKQ Corp., et al. v. GM Global Technology Operations LLC, Fed. Cir. Case No. 2021-1253.

6. All information required by Federal Rule of Appellate Procedure 26.1(b) and (c) that identifies organizational victims in criminal cases and debtors and trustees in bankruptcy cases is: None.

August 28, 2023

/s/ Phillip R. Malone
Phillip R. Malone
Counsel for Amici Curiae
JUELSGAARD INTELLECTUAL PROPERTY &
 INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School

# ATTACHMENT A TO CERTIFICATE OF INTEREST

Amici curiae patent law professors are listed below. Affiliation is provided for identification purposes only; all signatories are participating in their individual capacity and not on behalf of their institutions.

**Professor Mark Bartholomew**
University at Buffalo School of Law, The State University of New York

**Professor Shubha Ghosh**
Syracuse University College of Law

**Professor Aaron Perzanowski**
University of Michigan

**Professor Ana Santos Rutschman**
Charles Widger School of Law, Villanova University

**Professor Joshua D. Sarnoff**
DePaul University College of Law

**Professor Katherine J. Strandburg**
New York University School of Law