IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

LKQ CORPORATION, KEYSTONE AUTOMOTIVE INDUSTRIES, INC.,
*Appellants*,

v.

GM GLOBAL TECHNOLOGY OPERATIONS LLC,
*Appellee,*

———————

No. 2021-2348

———————

APPEAL FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE, PATENT TRIAL AND APPEAL BOARD IN IPR202-00534

———————

**UNOPPOSED MOTION FOR LEAVE FOR THE *AMICUS CURIAE* UNITED STATES TO PARTICIPATE IN ORAL ARGUMENT**

———————

Of Counsel:

| | |
|---|---|
| Melissa N. Patterson | Farheena Y. Rasheed |
| Brian J. Springer | Thomas W. Krause |
| *Attorneys, Appellate Staff* | William La Marca |
| | Brian Racilla |
| Civil Division, Room 7537 | Office of the Solicitor |
| U.S. Department of Justice | Mail Stop 8, P.O. Box 1450 |
| 950 Pennsylvania Avenue NW | Alexandria, Virginia 22313-1450 |
| Washington, DC 20530 | (571) 272-9035 |
| (202) 616-5446 | |
| | *Attorneys for the Director of the* |
| | *United States Patent and Trademark Office* |

November 2, 2023

Pursuant to Federal Rule of Appellate Procedure 29(a)(8), the United States, as an amicus curiae, moves for leave to participate in oral argument in the above referenced appeal. The government believes its participation at oral argument is warranted for multiple reasons.

First, this Court's order granting rehearing en banc specifically invited the views of the United States as an amicus curiae. *See* ECF No. 86 at 5. In response, the United States filed an amicus brief addressing the issues highlighted in this Court's en banc order. ECF No. 120.

Second, the government, and in particular the USPTO, provides a unique perspective from the examination context that no other party or amici can provide. Thus, the government believes that its views as presented in its brief and at oral argument would be of great assistance to the Court in evaluating and deciding the issues in this case.

Thus, the United States respectfully ask for this Court's permission to participate in oral argument and to be allocated 10 minutes of time.

Counsel for Appellant, and Appellee, have stated that the parties will not oppose this motion.

                                            Respectfully submitted,

                                            */s/ William La Marca*
                                            FARHEENA Y. RASHEED

          THOMAS W. KRAUSE
          WILLIAM La MARCA
          BRIAN RACILLA

          OFFICE OF THE SOLICITOR
          Mail Stop 8, P.O. Box 1450
          Alexandria, Virginia 22313-1450
          *Attorneys for the Director of the*
          *United States Patent and Trademark Office*

# CERTIFICATE OF COMPLIANCE WITH
# FEDERAL RULES OF APPELLATE PROCEDURE 27

I hereby certify that the foregoing motion complies with the type-volume limitations of Federal Rules of Appellate Procedure 27 and 32 because it contains 184 words, according to the word count of Microsoft Word

/s/ *William La Marca*
WILLIAM La MARCA
*Office of the Solicitor*
U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, Virginia 22313
Tel: (571) 272-9035

# CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2023, I electronically filed the foregoing **UNOPPOSED MOTION FOR LEAVE FOR THE AMICUS CURIAE UNITED STATES TO PARTICIPATE IN ORAL ARGUMENT** with the Court's CM/ECF filing system, which constitutes service, pursuant to Fed. R. App. P. 25(c)(2) and Fed. Cir. R. 25(e)(1).

                                                            */s/ William La Marca*
                                                            WILLIAM La MARCA
                                                            *Office of the Solicitor*
                                                            U.S. Patent and Trademark Office
                                                            Mail Stop 8, P.O. Box 1450
                                                            Alexandria, Virginia 22313
                                                            Tel: (571) 272-9035